**DISMISS; Opinion issued February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00553-CV

**SHERYL BARRETT BOWIE, Appellant**

V.

**PNC BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-12-01003-E**

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated November 21, 2012, we notified appellant that the $175 filing fee in this case was due. We also notified appellant we had received correspondence from the Dallas County Clerk and the court reporter indicating appellant had not paid for the respective records. We directed appellant to, within thirty days, pay the filing fee and provide written verification that she had paid for the clerk's and reporter's records. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, verified payment for the clerk's or reporter's record, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(b),(c).


       /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120553F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

Sheryl Barrett Bowie, and all occupants,
Appellant

No. 05-12-00553-CV        V.

PNC Bank National Association, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-12-01003-E.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee PNC Bank National Association recover its costs of this appeal from appellant Sheryl Barrett Bowie and all occupants.

Judgment entered February 6, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE